# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| ROBERT F. SINDA, | ) |
| Plaintiff, | ) No. 4:15-CV-397 RLW |
| v. | ) |
| FRANCIS E. TURNER, | ) |
| Defendant. | ) |

## MEMORANDUM AND ORDER

This matter is before the Court on Plaintiff's Motion to Remand Case to Missouri State Court and Suggestions in Support Thereof (ECF No. 8). This case was removed on March 3, 2015, based upon diversity jurisdiction under 28 U.S.C. §§1332(a), 1441. On March 31, 2015, Plaintiff filed her Motion to Remand (ECF No. 8) and a Stipulation to the Amount of Damages Sought (ECF No. 9), wherein Plaintiff stated he would not "seek or accept a judgment in excess of $75,000, exclusive of interest and costs." On April 1, 2015, Defendant filed a Consent to Plaintiff's Motion to Remand (ECF No. 10) based upon Plaintiff's Stipulation to the Amount of Damages Sought. Based upon these filings, the Court finds that the amount in controversy has not and cannot be met to establish federal subject matter jurisdiction pursuant to 28 U.S.C. §1332(a) and, therefore, this case shall be remanded to the Twenty First Circuit of Missouri in County of St. Louis, Missouri.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Motion to Remand Case to Missouri State Court and Suggestions in Support Thereof (ECF No. 8) is **GRANTED**. This matter shall be

remanded to the Twenty First Circuit of Missouri in County of St. Louis, Missouri for further proceedings.

Dated this 1st day of April, 2015.

**RONNIE L. WHITE**
**UNITED STATES DISTRICT JUDGE**